Form 3A
(10/05)

# United States Bankruptcy Court

### District Of _____Illinois_____

In re _George Leach_,                          Case No. _08-19045_

Debtor                                          Chapter _13_

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1.    In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ _3_ in installments.

2.    I am unable to pay the filing fee except in installments.

3.    Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4.    I propose the following terms for the payment of the Filing Fee.*

$ _137.00_    Check one ☑    With the filing of the petition, or
☐    On or before _24 Jul 08_

$ _68.50_    on or before _Aug 10   2008_

$ _68.50_    on or before _Aug 20   2008_

$ _____    on or before _____

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
JUL 24 2008
KENNETH S. GARDNER, CLERK
PS REP. - SW

*    The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition.  For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition.  Fed. R. Bankr. P. 1006(b)(2).

5.    I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_George Leach  23 Jul 08_
Signature of Attorney                Date                    Signature of Debtor                              Date
(In a joint case, both spouses must sign.)

_____
Name of Attorney                                         Signature of Joint Debtor (if any)              Date

Form 3A Contd.
(10/05)

# United States Bankruptcy Court

_____ District Of _____Illinois____

In re _George Leach_ ,
          Debtor

Case No. _08-19045_

Chapter _13_

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐   IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐   IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____   Check one   ☐ With the filing of the petition, or
                                       ☐ On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐   IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: **JUL 2 4 2008**

**KENNETH S. GARDNER**
**Clerk, U.S. Bankruptcy Cour**

Kenneth S. Gardner Clerk of the Court