```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 19045
   GEORGE LEACH
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-1886

------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 07/24/2008 and was not confirmed.

     The case was dismissed without confirmation 12/10/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
USAA                    SECURED NOT I  NOT FILED            .00           .00
GMAC MORTGAGE CORP      MORTGAGE NOTI  NOT FILED            .00           .00
GMAC MORTGAGE           CURRENT MORTG        .00            .00           .00
GMAC MORTGAGE           SECURED NOT I        .00            .00           .00
JEFFERSON CAPITAL SYSTEM UNSECURED         187.92           .00           .00
US BANK                 MORTGAGE NOTI  NOT FILED            .00           .00
PRO SE DEBTOR           DEBTOR ATTY          .00                          .00
TOM VAUGHN              TRUSTEE                                           .00
DEBTOR REFUND           REFUND                                            .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                   RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  .00

PRIORITY                                      .00
SECURED                                       .00
UNSECURED                                     .00
ADMINISTRATIVE                                .00
TRUSTEE COMPENSATION                          .00
DEBTOR REFUND                                 .00
                    --------------      --------------
TOTALS                   .00                  .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 03/05/09          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```